KENDRA GOODMAN GLAZER

VERSUS

TODD GLAZER

* NO. 2023-CA-0502

* COURT OF APPEAL

* FOURTH CIRCUIT

* STATE OF LOUISIANA

*

*

* * * * * * *

**HERMAN, J., CONCURS IN THE RESULT**